# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 09-131-UNA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendant Acushnet Company.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Henry Bunsow<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel: (415) 848-4900 | By: _/s/ Richard L. Horwitz_<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Joseph P. Lavelle<br>Kenneth W. Donnelly<br>Brian A. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: (202) 783-0800 | *Counsel for Defendant Acushnet Company* |

Dated: March 3, 2009
905312 / 30030-001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on March 3, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 3, 2009, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Jennifer K. Bush
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
thornburgh@fr.com
bush@fr.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

905473 / 30030-001