# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 09-131 (SLR) |
| ACUSHNET COMPANY, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that Defendant Acushnet Company's time to answer, move against or otherwise respond to the Complaint in this action shall be extended to and including April 17, 2009.

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Thomas L. Halkowski | By: /s/ Richard L. Horwitz |
| Thomas L. Halkowski (#4099) | Richard L. Horwitz (#2246) |
| 222 Delaware Avenue | David E. Moore (#3983) |
| 17th Floor | D. Fon Muttamara-Walker (#4646) |
| P.O. Box 1114 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1114 | 1313 N. Market Street |
| Tel: (302) 652-5070 | Wilmington, DE 19801 |
| thalkowski@fr.com | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiff* | dmoore@potteranderson.com |
| | fmuttamara-walker@potteranderson.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2009.

_____
The Honorable Sue L. Robinson

908360 / 30030-001