# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUSHNET COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 09-130-SLR |
| CALLAWAY GOLF COMPANY, | : | |
| Defendant. | : | |
| CALLAWAY GOLF COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 09-131-SLR |
| ACUSHNET COMPANY, | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **31st** day of **August, 2009**.

IT IS ORDERED that a follow-up teleconference has been scheduled for **Thursday, September 3, 2009 at 1:00 p.m.** with Magistrate Judge Thynge to discuss ADR.  **Counsel for Callaway shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE