IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY,<br><br>        Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 09-131 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 22, 2009, true and correct copies of **CALLAWAY GOLF COMPANY'S RESPONSES TO ACUSHNET COMPANY'S FIRST SET OF INTERROGATORIES TO CALLAWAY (Nos. 1-25) and CALLAWAY GOLF COMPANY'S RESPONSES TO ACUSHNET'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO CALLAWAY GOLF (NOS. 1-221)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com


Dated:  September 23, 2009          FISH & RICHARDSON P.C.


                                    By:  */s/ Thomas L. Halkowski*
                                         Thomas L. Halkowski (#4099)
                                         222 Delaware Avenue
                                         17th Floor
                                         P.O. Box 1114
                                         Wilmington, DE 19899-1114

                                    Attorneys for Plaintiff
                                    CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

    I, Thomas L. Halkowski, hereby certify that on September 23, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

    I further certify that on September 23, 2009, the attached document was Electronically Mailed to the following person(s):

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

    */s/ Thomas L. Halkowski*
    Thomas L. Halkowski

80082723.doc