IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLOWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 09-131-SLR/MPT |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**REVISED ORDER OF REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 4th day of November, 2009,

IT IS ORDERED that the above captioned case is hereby referred to Magistrate Judge Mary Pat Thynge. Consistent with 28 U.S.C. § 636(b), Judge Thynge shall:

1. Hear and determine all discovery disputes.[1]

2. Conduct alternate dispute resolution.

3. Hear and determine all matters relating to any of the foregoing (e.g. briefing, scheduling, extensions of time).

4. The above caption shall be used in all subsequent filings in this action.

_____
United States District Judge

---

[1] All discovery conferences are cancelled, pending further order of the Magistrate Judge.