IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CALLAWAY GOLF COMPANY,<br><br>　　　　　　Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　　　Defendant. | C. A. No. 09-131 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 6, 2009, true and correct copies of **CALLAWAY GOLF COMPANY'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ACUSHNET COMPANY (NOS. 150-159)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
bunsowh@howrey.com


Dated: November 6, 2009            FISH & RICHARDSON P.C.


                                   By: */s/ Thomas L. Halkowski*
                                       Thomas L. Halkowski (#4099)
                                       222 Delaware Avenue
                                       17th Floor
                                       P.O. Box 1114
                                       Wilmington, DE 19899-1114

                                   Attorneys for Plaintiff
                                   CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

      I, Thomas L. Halkowski, hereby certify that on November 6, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

      I further certify that on November 6, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Joseph P. Lavelle<br>Kenneth W. Donnelly<br>Brian A. Rosenthal<br>Howrey LLP - DC<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>lavellej@howrey.com<br>donnellyk@howrey.com<br>rosenthalb@howrey.com |

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

                                              */s/ Thomas L. Halkowski*
                                              Thomas L. Halkowski

80082723.doc