# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CALLAWAY GOLF COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 09-130-SLR <br><br> JURY TRIAL DEMANDED |
| CALLAWAY GOLF COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACUSHNET COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 09-131-SLR <br><br> JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Clinton H. Brannon of Howrey LLP, 1299 Pennsylvania Ave NW, Washington, DC 20004 to represent Acushnet Company in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: June 2, 2010              *Attorneys for Acushnet Company*
965793 / 30030-001

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Date: _____        _____
                                                           United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: June 2, 2010           Signed: /s/ Clinton H. Brannon
                                     Clinton H. Brannon
                                     Howrey LLP
                                     1299 Pennsylvania Ave NW
                                     Washington DC 20004
                                     Tel: (202) 383-7436
                                     BrannonC@howrey.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 2, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 2, 2010, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Jennifer K. Bush
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
thornburgh@fr.com
bush@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
shear@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
compton@fr.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

905975 / 30030-001