IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>CALLAWAY GOLF COMPANY,<br><br>    Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 09-131 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 2, 2010, true and correct copies of **CALLAWAY GOLF COMPANY'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ACUSHNET COMPANY (NOS. 160-163) and CALLAWAY GOLF COMPANY'S SECOND SET OF INTERROGATORIES TO ACUSHNET COMPANY (NO. 28)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL** |
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Joseph P. Lavelle<br>Kenneth W. Donnelly<br>Brian A. Rosenthal<br>Howrey LLP - DC<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>lavellej@howrey.com<br>donnellyk@howrey.com<br>rosenthalb@howrey.com |

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com


Dated:  June 2, 2010	FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    222 Delaware Avenue
    17th Floor
    P.O. Box 1114
    Wilmington, DE 19899-1114

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2010, I have served the foregoing document to the following counsel in the manner indicated:

**VIA EMAIL AND HAND DELIVERY**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

**VIA EMAIL**

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

/s/  Thomas L. Halkowski
Thomas L. Halkowski

80082723.doc