IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>       Defendant. | C. A. NO. 09-131-SLR |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE WITHDRAW the appearance of Jennifer K. Bush for Plaintiff, Callaway Golf Company. Ms. Bush is no longer with Fish & Richardson P.C. Thomas L. Halkowski of Fish & Richardson P.C. will continue as the Delaware attorney of record on behalf of Plaintiff, Callaway Golf Company.

Dated: June 4, 2010                FISH & RICHARDSON P.C.


                                          By: */s/ Thomas L. Halkowski*
                                             Thomas L. Halkowski (#4099)
                                             222 Delaware Avenue, 17th Floor
                                             P.O. Box 1114
                                             Wilmington, DE  19899-1114
                                             Tel:  (302) 652-5070
                                             Fax:  (302) 652-0607


                                             Attorneys for Plaintiff
                                             CALLAWAY GOLF COMPANY

## **CERTIFICATE OF SERVICE**

I, Thomas L. Halkowski, hereby certify that on June 4, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 4, 2010, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard L. Horwitz | Joseph P. Lavelle |
| David E. Moore | Kenneth W. Donnelly |
| Potter Anderson & Corroon LLP | Brian A. Rosenthal |
| Hercules Plaza | Howrey LLP - DC |
| 1313 North Market Street, 6th Floor | 1299 Pennsylvania Avenue, N.W. |
| P.O. Box 951 | Washington, DC  20004 |
| Wilmington, DE  19899 | lavellej@howrey.com |
| rhorwitz@potteranderson.com | donnellyk@howrey.com |
| dmoore@potteranderson.com | rosenthalb@howrey.com |

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

 

              */s/ Thomas L. Halkowski*
              Thomas L. Halkowski

80095324.doc