IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>CALLAWAY GOLF COMPANY,<br><br>        Defendant. | C. A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY<br><br>        Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C.A. No. 09-131-SLR |

**STIPULATION TO AMEND DISCOVERY SCHEDULE**

    WHEREAS, the parties believe that the proposed extensions in the discovery schedule for this matter are necessary to complete discovery; and

    WHEREAS, the parties do not seek to alter any dates for filings with the Court as set detailed below;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the following discovery deadlines be amended as follows:

| Event | Date Set Forth in Scheduling Order | Proposed Date |
|---|---|---|
| Document Production Completed | July 30, 2010 | September 30, 2010 |
| Contention Interrogatory Response Due – where party bears the burden (except invalidity contentions) | July 30, 2010 | October 12, 2010 |
| Contention Interrogatory Response Due – (invalidity contentions only) |  | October 26, 2010 |
| Responsive Contention Interrogatory Responses | August 31, 2010 | November 12, 2010 |
| Fact Discovery Closes | October 13, 2010 | February 1, 2011 |
| Opening Expert Reports | November 30, 2010 | February 18, 2011 |
| Rebuttal Expert Reports | January 24, 2011 | April 15, 2011 |
| Expert Discovery Closes | April 8, 2011 | May 25, 2011 |
| Exchange claim terms and proposed constructions | April 18, 2011 | June 1, 2011 |
| Joint Claim Construction Statement | June 13, 2011 | Same |
| Opening Claim Construction Briefs | July 8, 2011 | Same |
| Opening Summary Judgment Briefs | July 8, 2011 | Same |
| Opposition Summary Judgment Briefs | August 8, 2011 | Same |
| Responsive Claim Construction Briefs | August 29, 2011 | Same |
| Reply Summary Judgment Briefs | August 29, 2011 | Same |
| Claim Construction and Summary Judgment Hearing | September 23, 2011 | Same |
| Final Pre-Trial Conference | February 22, 2012 | Same |
| Trial | March 12, 2012 | Same |

| POTTER ANDERSON & CORROON LLP | FISH & RICHARDSON P.C. |
|---|---|
| By:*/s/ David E. Moore*<br>   Richard L. Horwitz (#2246)<br>   David E. Moore (#3983)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Tel:  (302) 984-6000<br>   Fax:  (302) 658-1192<br>   rhorwitz@potteranderson.com<br>   dmoore@potteranderson.com | By: */s/ Thomas L. Halkowski*<br>   Thomas L. Halkowski (#4099)<br>   222 Delaware Avenue<br>   17th Floor<br>   P.O. Box 1114<br>   Wilmington, DE 19899-1114<br>   Tel:  (302) 652-5070<br>   Fax:  (302) 652-0607<br>   halkowski@fr.com |
| *Attorneys for Plaintiff/Defendant*<br>*Acushnet Company* | *Attorneys for Defendant/Plaintiff*<br>*Callaway Golf Company* |

      SO ORDERED this _____ day of _____, 2010.

                                                              The Honorable Sue L. Robinson