IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, | |
|         Plaintiff, | |
| v. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY, | |
|         Defendant. | |
| CALLAWAY GOLF COMPANY, | |
|         Plaintiff, | |
| v. | C. A. No. 09-131 (SLR) |
| ACUSHNET COMPANY, | |
|         Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 12, 2010, true and correct copies of

**CALLAWAY GOLF COMPANY'S FIRST SUPPLEMENTAL OBJECTIONS**

**AND RESPONSE TO ACUSHNET COMPANY'S FIRST SET OF**

**INTERROGATORIES TO CALLAWAY GOLF (NOS. 13)** were caused to be served

on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

**VIA EMAIL**

Joseph P. Lavelle
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

Dated:  October 18, 2010          FISH & RICHARDSON P.C.


                    By:  */s/ Thomas L. Halkowski*
                         _____
                         Thomas L. Halkowski (#4099)
                         222 Delaware Avenue
                         17th Floor
                         P.O. Box 1114
                         Wilmington, DE 19899-1114

                         Attorneys for Plaintiff
                         CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, I have served the foregoing document to the following counsel in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

**VIA EMAIL**

Joseph P. Lavelle
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

/s/  Thomas L. Halkowski
Thomas L. Halkowski

80082723.doc

1