## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, | : |
| Plaintiff, | : |
| v. | : C. A. No. 09-130-SLR |
| CALLAWAY GOLF COMPANY, | : |
| Defendant. | : |
| CALLAWAY GOLF COMPANY, | : |
| Plaintiff, | : |
| v. | : C. A. No. 09-131-SLR |
| ACUSHNET COMPANY, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **25th** day of **October, 2010**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, November 12, 2010 at 10:00 a.m. Eastern Time** with Magistrate Judge Thynge to address discovery matters. **Thomas L. Halkowski, Esquire shall initiate the teleconference call.**

Counsel are reminded to follow the provisions set forth in Judge Thynge's Order dated November 9, 2009 (D.I. 30 in 09-130; D.I. 26 in 09-131). The initial letter(s) shall be due no later than **10:00 a.m., Tuesday, November 9, 2010.** The responsive letter(s) shall be due no later than **10:00 a.m., Wednesday, November 10, 2010.** Courtesy copies of the letters shall be **Hand Delivered** to the Clerk's Office **within one hour of e-**

**filing.**  The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

Case 1:09-cv-00131-SLR -MPT   Document 38   Filed 10/25/10   Page 2 of 4 PageID #: 233

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, | : |
| Plaintiff, | : |
| v. | : C. A. No. 09-130-SLR |
| CALLAWAY GOLF COMPANY, | : |
| Defendant. | : |
| CALLAWAY GOLF COMPANY, | : |
| Plaintiff, | : |
| v. | : C. A. No. 09-131-SLR |
| ACUSHNET COMPANY, | : |
| Defendant. | : |

## ORDER

At Wilmington this **25th** day of **October, 2010**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, November 12, 2010 at 10:00 a.m. Eastern Time** with Magistrate Judge Thynge to address discovery matters. **Thomas L. Halkowski, Esquire shall initiate the teleconference call.**

Counsel are reminded to follow the provisions set forth in Judge Thynge's Order dated November 9, 2009 (D.I. 30 in 09-130; D.I. 26 in 09-131). The initial letter(s) shall be due no later than **10:00 a.m., Tuesday, November 9, 2010.** The responsive letter(s) shall be due no later than **10:00 a.m., Wednesday, November 10, 2010.** Courtesy copies of the letters shall be **Hand Delivered** to the Clerk's Office **within one hour of e-**

**filing.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
