## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CALLAWAY GOLF COMPANY, )<br>)<br>Defendant. )<br>_____)<br>CALLAWAY GOLF COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACUSHNET COMPANY, )<br>)<br>Defendant. ) | C.A. No. 09-130-SLR/MPT<br><br>**JURY TRIAL DEMANDED**<br><br><br><br><br><br>C.A. No. 09-131-SLR/MPT<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

The undersigned, counsel for plaintiff Acushnet Company, hereby certifies that a copy of the following document was caused to be served on October 26, 2010, upon the following attorneys of record at the following addresses as indicated:

> ACUSHNET COMPANY'S SECOND SUPPLEMENTAL
> OBJECTIONS AND RESPONSES TO CALLAWAY GOLF
> COMPANY'S FIRST SET OF INTERROGATORIES TO
> ACUSHNET COMPANY [NOS. 1-27]

**VIA ELECTRONIC MAIL**

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
shear@fr.com

Robert A. Denning
John W. Thornburgh
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
thornburgh@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
compton@fr.com

OF COUNSEL:

Henry Bunsow
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900

Joseph P. Lavelle
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: October 26, 2010
987419 / 30030-001

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 North Market Street
     Wilmington, DE 19801
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Counsel for Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 26, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 26, 2010, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
thornburgh@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
shear@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
compton@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

905975 / 30030-001