**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff/Defendant,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant/Plaintiff. | C. A. No. 09-130 (SLR)<br><br>C. A. No. 09-131 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 26, 2010, a true and correct copy of **CALLAWAY GOLF COMPANY'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSE TO ACUSHNET COMPANY'S FIRST SET OF INTERROGATORIES TO CALLAWAY GOLF [NO. 5]** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL AND HAND DELIVERY**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com


　　　　　　　　　　　　　　　　　　　　　/s/  *Thomas L. Halkowski*
　　　　　　　　　　　　　　　　　　　　　Thomas L. Halkowski

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010, I electronically filed with the Clerk of the Court **Notice of Service** using CM/ECF which will send electronic notification of such filing to the following counsel.  In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL AND HAND DELIVERY**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

*/s/  Thomas L. Halkowski*
Thomas L. Halkowski