IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY,<br><br>        Defendant. | C. A. No. 09-130-SLR |
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 09-131-SLR |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Rebecca Charnas Grant to represent plaintiff Callaway Golf Company in this matter.

Signed: */s/ Thomas L. Halkowski*
        Thomas L. Halkowski (#4099)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1114
        Wilmington, DE  19899-1114
        Tel:  (302) 652-5070
        Fax:  (302) 652-0607

Attorney for:  Plaintiff, CALLAWAY GOLF COMPANY

Date:  November 8, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Rebecca Charnas Grant_   Date: 11/4/10

Rebecca Charnas Grant
500 Arguello Street
Suite 500
Redwood City, CA 94063
Phone: 650-839-5104
Fax: 650-839-5071
Email: rgrant@fr.com

## **CERTIFICATE OF SERVICE**

I, Thomas L. Halkowski, hereby certify that on November 8, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 8, 2010, the attached document was Electronically Mailed to the following person(s):

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

                                                  /s/ *Thomas L. Halkowski*
                                                  Thomas L. Halkowski

80103107.doc