# FISH & RICHARDSON P.C.

17TH FLOOR
222 DELAWARE AVENUE
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Thomas L. Halkowski**
302 778-8407

Email
halkowski@fr.com

**VIA ECF AND HAND DELIVERY**

November 10, 2010

The Honorable Mary Pat Thynge
United States Magistrate Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Acushnet Company v. Callaway Golf Company*
      USDC-D. Del. - C.A. No. 09-130-SLR-MPT
      *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. – C.A. No. 09-131 SLR-MPT

Dear Judge Thynge:

To complete the record regarding the correspondence submitted by the USGA earlier today (C.A. No. 09-130, D.I. 50), enclosed as Exhibit F to Callaway Golf's November 9, 1010 letter is correspondence from counsel for Callaway Golf to counsel for the USGA.

Respectfully,

/s/ *Thomas L. Halkowski*

Thomas L. Halkowski

TLH/sb

Enclosure

cc     Counsel for Acushnet Company and USGA (via ECF/e-mail)