# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CALLAWAY GOLF COMPANY, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 09-130-SLR/MPT <br><br> **JURY TRIAL DEMANDED** |
| CALLAWAY GOLF COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACUSHNET COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 09-131-SLR/MPT <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Acushnet Company, hereby certifies that a copy of the following document was caused to be served on November 12, 2010, upon the following attorneys of record at the following addresses as indicated:

> **ACUSHNET COMPANY'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO CALLAWAY GOLF COMPANY'S FIRST SET OF INTERROGATORIES TO ACUSHNET COMPANY [NOS. 1-27]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Thomas L. Halkowski <br> Fish & Richardson P.C. <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> halkowski@fr.com | FRANK E. SCHERKENBACH <br> FISH & RICHARDSON P.C. <br> 225 FRANKLIN STREET <br> BOSTON, MA 02110-2804 <br> SCHERKENBACH@FR.COM |

| | |
|---|---|
| Michael J. Kane<br>Fish & Richardson P.C.<br>3300 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN  55402<br>kane@fr.com | ROBERT A. DENNING<br>JOHN W. THORNBURGH<br>FISH & RICHARDSON P.C.<br>12290 EL CAMINO REAL<br>SAN DIEGO, CA  92130<br>DENNING@FR.COM<br>THORNBURGH@FR.COM |
| W. Chad Shear<br>Fish & Richardson P.C.<br>1717 Main Street<br>Suite 5000<br>Dallas, TX  75201<br>shear@fr.com | CRAIG R. COMPTON<br>FISH & RICHARDSON P.C.<br>500 ARGUELLO STREET, SUITE 500<br>REDWOOD CITY, CA  94063<br>COMPTON@FR.COM |
| OF COUNSEL:<br><br>Henry Bunsow<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel:  (415) 848-4900<br><br>Joseph P. Lavelle<br>Brian A. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC  20004<br>Tel:  (202) 783-0800<br><br>Dated: November 12, 2010<br>989616 / 30030-001 | POTTER ANDERSON & CORROON LLP<br><br>By:  /s/ David E. Moore<br>       Richard L. Horwitz (#2246)<br>       David E. Moore (#3983)<br>       Hercules Plaza, 6th Floor<br>       1313 North Market Street<br>       Wilmington, DE  19801<br>       Tel:  (302) 984-6000<br>       rhorwitz@potteranderson.com<br>       dmoore@potteranderson.com<br><br>*Counsel for Acushnet Company* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 12, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 12, 2010, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
thornburgh@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
shear@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
compton@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

905975 / 30030-001