# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 09-130-SLR/MPT |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 09-131-SLR/MPT |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Joseph P. Lavelle, of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, DC 20004, hereby withdraws his appearance as counsel for Acushnet Company. All other attorneys involved in the case from Howrey LLP and Potter Anderson & Corroon LLP continue to represent Acushnet Company.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Henry Bunsow<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel: (415) 848-4900 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street |
| Brian A. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: (202) 783-0800 | Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Counsel for Acushnet Company* |
| Dated: November 18, 2010<br>990291/ 30030-001 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 18, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 18, 2010, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com |
| Michael J. Kane<br>Fish & Richardson P.C.<br>3300 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>kane@fr.com | Robert A. Denning<br>John W. Thornburgh<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>thornburgh@fr.com |
| W. Chad Shear<br>Fish & Richardson P.C.<br>1717 Main Street<br>Suite 5000<br>Dallas, TX 75201<br>shear@fr.com | Craig R. Compton<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>compton@fr.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

905975 / 30030-001