IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CALLAWAY GOLF COMPANY, <br><br> Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C. A. No. 09-131 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 13, 2010, true and correct copies of

**CALLAWAY GOLF COMPANY'S FIRST SET OF REQUESTS FOR ADMISSIONS**

**(No. 1-36)** were caused to be served on the attorneys of record, at the following addresses and in

the manner indicated:

**VIA HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

**VIA EMAIL**
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com

**VIA EMAIL**
Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

Dated:  November 23, 2010       FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
      Thomas L. Halkowski (#4099)
      222 Delaware Avenue
      17th Floor
      P.O. Box 1114
      Wilmington, DE 19899-1114

      Attorneys for Plaintiff
      CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, I electronically filed with the Clerk of

Court via CM/ECF, the attached **NOTICE OF SERVICE**, which will send electronic

notification of such filing to the following Delaware counsel:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

In addition, the filing will be sent via electronic mail to the following individuals:

Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

/s/  Thomas L. Halkowski
Thomas L. Halkowski

80082723.doc