IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>CALLAWAY GOLF COMPANY,<br><br>        Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 09-131 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 23, 2010, true and correct copies of

**CALLAWAY GOLF COMPANY'S THIRD SET OF INTERROGATORIES (No. 29)** were

caused to be served on the attorneys of record, at the following addresses and in the manner

indicated:

**VIA HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

**VIA EMAIL**
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com

**VIA EMAIL**
Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

Dated:  November 23, 2010  FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

   I hereby certify that on November 23, 2010, I electronically filed with the Clerk of Court via CM/ECF, the attached **NOTICE OF SERVICE**, which will send electronic notification of such filing to the following Delaware counsel:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

In addition, the filing will be sent via electronic mail to the following individuals:

| | |
|---|---|
| Brian A. Rosenthal<br>Howrey LLP - DC<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>rosenthalb@howrey.com | Henry C. Bunsow<br>Howrey LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, CA  94105<br>bunsowh@howrey.com |

            */s/  Thomas L. Halkowski*
            Thomas L. Halkowski

80082723.doc