IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>CALLAWAY GOLF COMPANY,<br><br>        Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 09-131 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 30, 2010, true and correct copies of **CALLAWAY GOLF COMPANY'S FOURTH SET OF INTERROGATORIES TO ACUSHNET COMPANY (NO. 30)** were caused to be served on the attorneys of record at the following addresses and in the manner indicated:

**VIA EMAIL AND BY HAND**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Joseph P. Lavelle
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

Dated:  November 30, 2010            FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
     Thomas L. Halkowski (#4099)
     222 Delaware Avenue
     17th Floor
     P.O. Box 1114
     Wilmington, DE 19899-1114

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2010, I have served the foregoing document to the following counsel in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Joseph P. Lavelle
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
lavellej@howrey.com
donnellyk@howrey.com
rosenthalb@howrey.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

*/s/  Thomas L. Halkowski*
Thomas L. Halkowski

80082723.doc