**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACUSHNET COMPANY,         ) | |
|            ) | |
|        Plaintiff,      ) | |
|            ) | C.A. No. 09-130-SLR/MPT |
|      v.         ) | |
|            ) | **JURY TRIAL DEMANDED** |
| CALLAWAY GOLF COMPANY,    ) | |

ACUSHNET COMPANY,

             Plaintiff,

       v.

CALLAWAY GOLF COMPANY,

             Defendant.

                        C.A. No. 09-130-SLR/MPT

                        **JURY TRIAL DEMANDED**

CALLAWAY GOLF COMPANY,

             Plaintiff,

       v.

ACUSHNET COMPANY,

             Defendant.

                        C.A. No. 09-131-SLR/MPT

                        **JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

      The undersigned counsel hereby certifies that a copy of the following document was

caused to be served on December 3, 2010, upon the following attorneys of record at the

following addresses as indicated:

            ACUSHNET COMPANY'S THIRD SUPPLEMENTAL OBJECTIONS
            AND RESPONSES TO CALLAWAY GOLF COMPANY'S FIRST SET
            OF INTERROGATORIES TO ACUSHNET COMPANY [NOS. 1-27]

**VIA ELECTRONIC MAIL**

Thomas L. Halkowski                     Frank E. Scherkenbach
Fish & Richardson P.C.                   Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor        225 Franklin Street
P.O. Box 1114                             Boston, MA  02110-2804
Wilmington, DE  19899-1114           scherkenbach@fr.com
halkowski@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
thornburgh@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
shear@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
compton@fr.com

OF COUNSEL:

Henry Bunsow
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel:  (415) 848-4900

Brian A. Rosenthal
Clinton H. Brannon
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
Tel:  (202) 783-0800

POTTER ANDERSON & CORROON LLP

By:   _/s/ David E. Moore_____
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 North Market Street
        Wilmington, DE  19801
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

*Counsel for Acushnet Company*

Dated:  December 3, 2010
991975 / 30030-001

## <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on December 3, 2010, a true and correct copy of

the within document was caused to be served on the attorney of record at the following addresses

as indicated:

### <u>VIA ELECTRONIC MAIL</u>

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
thornburgh@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
shear@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
compton@fr.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
 (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

927305 / 30030-001