IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>   Plaintiff,<br><br> v.<br><br>CALLAWAY GOLF COMPANY,<br><br>   Defendant. | C. A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY<br><br>   Plaintiff,<br><br> v.<br><br>ACUSHNET COMPANY,<br><br>   Defendant. | C.A. No. 09-131-SLR |

**STIPULATION TO EXTEND DISCOVERY SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the following discovery deadlines be extended:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Closes | February 1, 2011 | March 11, 2011 |
| Opening Expert Reports | February 18, 2011 | March 18, 2011 |
| Rebuttal Expert Reports | April 15, 2011 | May 2, 2011 |
| Expert Discovery Closes | May 25, 2011 | June 10, 2011 |
| Exchange claim terms and proposed constructions | June 1, 2011, 2011 | June 10, 2011 |
| Joint Claim Construction Statement | June 13, 2011 | June 20, 2011 |
| Opening Claim Construction Briefs | July 8, 2011 | July 8, 2011 |

| Opening MSJ Briefs | July 8, 2011 | July 8, 2011 |
|---|---|---|
| Opposition Briefs to MSJs | August 8, 2011 | August 8, 2011 |
| Responsive Claim Construction Briefs | August 29, 2011 | August 29, 2011 |
| Reply MSJ Briefs | August 29, 2011 | August 29, 2011 |
| CC and MSJ Hearing | September 23, 2011 | September 23, 2011 |
| Final Pre-Trial Conference | February 22, 2012 | February 22, 2012 |
| Trial | March 12, 2012 | March 12, 2012 |

POTTER ANDERSON & CORROON LLP

By:*/s/ David E. Moore*
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   Fax: (302) 658-1192
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Plaintiff/Defendant*
*Acushnet Company*

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
   Thomas L. Halkowski (#4099)
   222 Delaware Avenue
   17th Floor
   P.O. Box 1114
   Wilmington, DE 19899-1114
   Tel: (302) 652-5070
   Fax: (302) 652-0607
   thalkowski@fr.com

*Attorneys for Defendant/Plaintiff*
*Callaway Golf Company*

     SO ORDERED this _____ day of _____, 2010.

                                                The Honorable Sue L. Robinson

80105029.doc