**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 09-130-SLR/MPT |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | C.A. No. 09-131-SLR/MPT |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the following document was

caused to be served on January 7, 2011, upon the following attorneys of record at the following

addresses as indicated:

      ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES TO CALLAWAY
      GOLF COMPANY'S THIRD SET OF INTERROGATORIES [NO. 29]

      ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES TO CALLAWAY
      GOLF COMPANY'S FOURTH SET OF INTERROGATORIES [NO. 30]

**VIA ELECTRONIC MAIL**

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
kane@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
shear@fr.com

OF COUNSEL:

Henry Bunsow
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel:  (415) 848-4900

Brian A. Rosenthal
Clinton H. Brannon
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
Tel:  (202) 783-0800

Dated:  January 7, 2011
996105 / 30030-001

Robert A. Denning
John W. Thornburgh
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
thornburgh@fr.com

Craig R. Compton
Rebecca Charnas Grant
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
compton@fr.com
rgrant@fr.com

POTTER ANDERSON & CORROON LLP

By:   */s/ David E. Moore*
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 North Market Street
        Wilmington, DE  19801
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

*Counsel for Acushnet Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 7, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 7, 2011, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
shear@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
John W. Thornburgh
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
thornburgh@fr.com

Craig R. Compton
Rebecca Charnas Grant
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
compton@fr.com
rgrant@fr.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

905975 / 30030-001