
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br>　　　　　Plaintiff,<br>　v.<br>CALLAWAY GOLF COMPANY,<br>　　　　　Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY,<br>　　　　　Plaintiff,<br>　v.<br>ACUSHNET COMPANY,<br>　　　　　Defendant. | C. A. No. 09-131 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 24, 2011, true and correct copies of CALLAWAY GOLF'S OBJECTIONS AND RESPONSES TO ACUSHNET COMPANY'S NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) were caused to be served on the attorneys of record at the following addresses and in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Brian A. Rosenthal
Clint Brannon
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com
brannonC@howrey.com

**VIA EMAIL**
Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

Dated:  January 25, 2011        FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

Frank E. Scherkenbach
One Marina Park Drive
Boston, MA 02110-2804
Tel:  (617) 542-5070
Fax:  (617) 542-8906

Michael J. Kane
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
612-335-5070 Telephone
612-288-9696 Facsimile

Roger A. Denning
John W. Thornburgh
12390 El Camino Real
San Diego, CA 92130
Tel:  (858) 678-5070
Fax:  (858) 678-5099


*Attorneys for Plaintiff*
*CALLAWAY GOLF COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I have served the foregoing document to the following counsel in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

**VIA EMAIL**

Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com
brannonC@howrey.com

　　　　　　　　　　　　　　　　　　　　/s/  Thomas L. Halkowski
　　　　　　　　　　　　　　　　　　　　Thomas L. Halkowski

80082723.doc