IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br>　　　　　　Plaintiff,<br>v.<br>CALLAWAY GOLF COMPANY,<br>　　　　　　Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY,<br>　　　　　　Plaintiff,<br>v.<br>ACUSHNET COMPANY,<br>　　　　　　Defendant. | C. A. No. 09-131 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 7, 2011, a true and correct copy of CALLAWAY GOLF COMPANY'S SECOND SET OF REQUESTS FOR ADMISSIONS (NO. 37-41) was caused to be served on the attorneys of record at the following addresses and in the manner indicated (unless otherwise indicated):

**VIA EMAIL (on Feb. 2, 2011)**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Brian A. Rosenthal
Clint Brannon
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com
brannonC@howrey.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

Dated:  February 2, 2011	FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

Frank E. Scherkenbach
One Marina Park Drive
Boston, MA 02110-2804
Tel:  (617) 542-5070
Fax:  (617) 542-8906

Michael J. Kane
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
612-335-5070 Telephone
612-288-9696 Facsimile

Roger A. Denning
John W. Thornburgh
12390 El Camino Real
San Diego, CA 92130
Tel:  (858) 678-5070
Fax:  (858) 678-5099


*Attorneys for Plaintiff*
*CALLAWAY GOLF COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2011, I have served the foregoing document to the following counsel in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

**VIA EMAIL**

Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com
brannonC@howrey.com


  /s/  Thomas L. Halkowski
  Thomas L. Halkowski

80082723.doc

1