IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, <br><br> Plaintiff, <br> v. <br><br> CALLAWAY GOLF COMPANY, <br><br> Defendant. | C.A. No. 09-130 (SLR) |
| CALLAWAY GOLF COMPANY, <br><br> Plaintiff, <br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C. A. No. 09-131 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 9, 2011, a true and correct copy of

CALLAWAY GOLF COMPANY'S FIFTH SET OF INTERROGATORIES TO

ACUSHNET COMPANY [NOS. 31-37] was caused to be served on the attorneys of

record at the following addresses and in the manner indicated:

**VIA EMAIL AND BY HAND**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Brian A. Rosenthal
Clint Brannon
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com
brannonC@howrey.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

Dated:  February 9, 2011          FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
  Thomas L. Halkowski (#4099)
  222 Delaware Avenue, 17th Floor
  P.O. Box 1114
  Wilmington, DE 19899-1114
  Tel:  (302) 652-5070
  Fax:  (302) 652-0607

  Frank E. Scherkenbach
  One Marina Park Drive
  Boston, MA 02110-2804
  Tel:  (617) 542-5070
  Fax:  (617) 542-8906

  Michael J. Kane
  3300 RBC Plaza
  60 South Sixth Street
  Minneapolis, MN 55402
  612-335-5070 Telephone
  612-288-9696 Facsimile

  Roger A. Denning
  John W. Thornburgh
  12390 El Camino Real
  San Diego, CA 92130
  Tel:  (858) 678-5070
  Fax:  (858) 678-5099


  *Attorneys for Plaintiff*
  *CALLAWAY GOLF COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2011, I have served the foregoing document to the following counsel in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

**VIA EMAIL**

Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
rosenthalb@howrey.com
brannonC@howrey.com

/s/  Thomas L. Halkowski
Thomas L. Halkowski

80082723.doc

1