**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 09-130-SLR/MPT |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 09-131-SLR/MPT |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF FIRM**

PLEASE TAKE NOTICE that the attorneys Brian A. Rosenthal, and Clinton H. Brannon,

counsel for Defendant Acushnet Company in this matter, have changed their firm affiliation from

Howrey LLP to the following:

Brian A. Rosenthal
Clinton H. Brannon
MAYER BROWN LLP
1999 K St. NW
Washington DC 20006
Tel:  (202) 263-3000
Fax:  (202) 263 3300
brosenthal@mayerbrown.com
cbrannon@mayerbrown.com

2

POTTER ANDERSON & CORROON LLP

OF COUNSEL:                              By:  */s/ David E. Moore*
                                              Richard L. Horwitz (#2246)
Brian A. Rosenthal                            David E. Moore (#3983)
Clinton H. Brannon                            Hercules Plaza 6th Floor
MAYER BROWN LLP                               1313 N. Market Street
1999 K St. NW                                 Wilmington, DE  19899
Washington DC 20006                           Tel:  (302) 984-6000
Tel:  (202) 263-3000                          rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

Dated:  March 22, 2011                   *Attorneys for Acushnet Company*
1005872/30030

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on March 22, 2011, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on March 22, 2011, the attached document was Electronically

Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
thornburgh@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
shear@fr.com

Craig R. Compton
Rebecca Charnas Grant
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
compton@fr.com
rgrant@fr.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

905975 / 30030-001